**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Galina Ivanova, | NO. C 06-06327 JW |
|     Plaintiff,<br>v.<br>Department of Homeland Security, Michael Chertoff, Secretary, et al.,<br>    Defendants. | **ORDER CONTINUING HEARING ON PETITION FOR HEARING ON NATURALIZATION APPLICATION PURSUANT TO 8 U.S.C. § 1447(b)** |

Pursuant to the parties' stipulation, the Court continues the hearing on Plaintiff's Petition for Hearing on Naturalization Application presently set for November 15, 2006 to **December 5, 2006 at 9 AM** to accommodate the parties' efforts in resolving the case.

Dated:  November 14, 2006

JAMES WARE
United States District Judge

United States District Court
For the Northern District of California

1
2
3  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**
4  Geri N. Kahn gkahn@pacbell.net
   Monica Kane monicak@jfcs.org
5
6  **Dated: November 14, 2006**               **Richard W. Wieking, Clerk**
7
8                                             **By:  /s/ JW Chambers**
                                                  **Elizabeth Garcia**
9                                                 **Courtroom Deputy**