1 | KEVIN V. RYAN, CSBN 118321
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
ILA C. DEISS, NYSBN 3052909
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-7124
FAX: (415) 436-7169

7
Attorneys for Defendant
8

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN JOSE DIVISION

12 | GALINA IVANOVA,                              )   No. C 06-6327 JW
                                                 )
13 |                Plaintiff,                   )
                                                 )   **STIPULATION TO DISMISS; AND**
14 |        v.                                   )   [~~PROPOSED~~] **ORDER**
                                                 )
15 | Department of Homeland Security,            )
     Michael Chertoff, Secretary, *et al.*,      )
16 |                                             )
                   Defendants.                   )
17 | _____     )

18 |     Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys

19 | of record, hereby stipulate, subject to the approval of the Court, to vacating the Court's December

20 | 5, 2006 hearing date, and to dismissal of the above-entitled action without prejudice in light of the

21 | fact that the United States Citizenship and Immigration Services is now prepared to grant

22 | Plaintiff's application for naturalization and agrees to do so within 30 days of the dismissal of this

23 | action.

24 |     Each of the parties shall bear their own costs and fees.

25 | ///

26 | ///

27

28

Stip. to Dismiss
C 06-6327 JW                                 1

| | | |
|---|---|---|
| 1 | Dated: November 20, 2006 | Respectfully submitted, |
| 2 | | KEVIN V. RYAN<br>United States Attorney |

/s/
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

Dated: November 20, 2006

/s/
MONICA KANE
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: November  21 , 2006

/s/ James Ware
JAMES WARE
United States District Judge

Stip. to Dismiss
C 06-6327 JW                    2